# Exhibit A

## to

## Complaint

Approved, SCAO

Original - Return
1st copy - Witness
2nd copy - File
3rd copy - Extra

| STATE OF MICHIGAN 27th JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY PROBATE | SUBPOENA Order to Appear and/or Produce | CASE NO. 18-02177 |
|---|---|---|

Court address: 2015 Biddle Ave. Wyandotte, MI 48192
Court telephone no.: 734-324-4475

Police Report No. (if applicable): 18-02177

Plaintiff(s)/Petitioner(s):
☑ People of the State of Michigan

v

Defendant(s)/Respondent(s):
Thomas Arthur Sarnowski II
Megan Ashlee Sarnowski

☐ Civil    ☑ Criminal

Charge: Vicious Animal

☐ Probate   In the matter of _____

In the Name of the People of the State of Michigan. TO:

Thomas Arthur Sarnowski II and Megan Ashlee Sarnowski - or residents at 1270 Lincoln Street Wyandotte, MI 48192

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

**YOU ARE ORDERED TO:**

☐ 1. Appear personally at the time and place stated below: You may be required to appear from time to time and day to day until excused

☐ The court address above   ☐ Other:

| Day | Date | Time |
|---|---|---|
|  |  |  |

☐ 2. Testify at trial / examination / hearing.

☑ 3. Produce/permit inspection or copying of the following items: Produce and turn over two dogs to the Wyandotte Police. The dogs are described as one tan in color, the other is brown in color. The dogs are located at the residence of 1270 Lincoln St. in Wyandotte, MI 48192. The Dogs are described as being Pit bulls or similar mixed breed.

☐ 4. Testify as to your assets, and bring with you the items listed in line 3 above.

☐ 5. Testify at deposition.

☐ 6. Abide by the attached prohibition against transferring or disposing of property. (MCL 600.6104(2), 600.6116, or 600.6119.)

☑ 7. Other: Provide all Veterinarian documents, papers and shot records for the 2 dogs residing at 1270 Lincoln Wyandotte MI 48192.

☑ 8. 
Person requesting subpoena: Detective Devin Geiger
Telephone no.: 734-324-4405
Address: 2015 Biddle Ave.
City: Wyandotte   State: MI   Zip: 48192

NOTE: If requesting a debtor's examination under MCL 600.6110, or an injunction under item 6. this subpoena must be issued by a judge. For a debtor examination, the affidavit of debtor examination on the other side of this form must also be completed. Debtor's assets can also be discovered through MCR 2.305 without the need for an affidavit of debtor examination or issuance of this subpoena by a judge.

**FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR TO APPEAR AT THE STATED TIME AND PLACE MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT.**

Date: 6/11/18

Court use only: ☐ Served   ☐ Not served